UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

Charles Iryzarry

       v.                    Civil No. 11-cv-178-PB

State of New Hampshire, et al

O R D E R

I herewith approve the Report and Recommendations of Magistrate Landya B. McCafferty dated December 15, 2011, no objections having been filed, for the reasons set forth therein.

      SO ORDERED.

January 4, 2012                /s/ Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge

cc: Charles Iryzarry